IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:14-cv-00945-NYW

ANDREW RAZO,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Nina Y. Wang on November 3, 2015, incorporated herein by reference, it is

    ORDERED that the SSA Commissioner's decision is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff,  Andrew Razo.  It is

    FURTHER ORDERED that this civil action and complaint are DISMISSED with prejudice.

    DATED at Denver, Colorado this  3rd day of  November,  2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/N. Marble
N. Marble,
Deputy Clerk